No. 10-9280. Jamel Black, Petitioner v. New York.

563 U.S. 947, 131 S. Ct. 2117, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3154.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 15 N.Y.3d 625, 917 N.Y.S.2d 39, 942 N.E.2d 248.

No. 10-9288. Daniel L. Rittner, Sr., Petitioner v. George Huggins, et al.

563 U.S. 947, 131 S. Ct. 2117, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3048.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

———

No. 10-9291. Robert Smith, Jr., Petitioner v. Patrick Glebe, Superintendent, Stafford Creek Corrections Center, et al.

563 U.S. 947, 131 S. Ct. 2117, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3143.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 237.

No. 10-9292. Marek A. Kwasnik, Petitioner v. Maine Department of Health and Human Services.

563 U.S. 947, 131 S. Ct. 2145, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3156.

April 18, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

No. 10-9306. David Riggins, aka Dawud Halisi Malik, Petitioner v. Eldon W. Vail, Secretary, Washington Department of Corrections, et al.

563 U.S. 947, 131 S. Ct. 2118, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 2997.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 403 Fed. Appx. 292.

No. 10-9312. Kevin Fischer, Sr., Petitioner v. Richland Children's Administration.

563 U.S. 947, 131 S. Ct. 2118, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3104.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9317. Walter James Hunter, Petitioner v. Larry Denney, Warden.

563 U.S. 947, 131 S. Ct. 2118, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3115.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.